D.LAW, INC.
Emil Davtyan (SBN 299363)
emil@d.law
David Yeremian (SBN 226337)
d.yeremian@d.law
David Keledjian (SBN 309135)
d.keledjian@d.law
David Arakelyan (SBN 337076)
d.arakelyan@d.law
450 N. Brand Blvd. Ste. 840
Glendale, CA 91203
Telephone: (818) 962-6465
Facsimile: (818) 962-6469

Attorneys for Plaintiff ISAAC DELGADO, RAYMOND ORTIZ, and MARCOS GUTIERREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC DELGADO, on behalf of himself and all others similarly situated, and the general public,<br><br>      *Plaintiff*,<br><br>   v.<br><br>OLDCASTLE INFRASTRUCTURE, INC., a Washington corporation; and DOES 1 through 50, inclusive,<br><br>      *Defendants*. | Case No. 2:24-cv-02031-DJC-CKD<br><br>[*Assigned for all purposes to the Hon. Daniel J. Calabretta*]<br><br>**ORDER** |

# ORDER

Having considered the Parties Joint Stipulation for Leave to File a Third Amended Complaint ("Stipulation"), and good cause appearing, this Court hereby issues the following orders:

1. Plaintiff is granted leave to file the Third Amended Complaint, attached hereto as **Exhibit A** ("TAC"), to add a new named Plaintiff to this matter
2. The TAC shall be filed no later than 7 days from the date of this Order;
3. Defendant shall have 30 days from the date of filing of the TAC to file a responsive pleading.

IT IS SO ORDERED.

Dated:  December 30, 2024            /s/ Daniel J. Calabretta
                                     THE HONORABLE DANIEL J. CALABRETTA
                                     UNITED STATES DISTRICT JUDGE