# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC DELGADO, and RAYMOND ORTIZ, <br>    Plaintiffs, <br>     v. <br> OLDCASTLE INFRASTRUCTURE, INC., <br>    Defendant. | Case No.:  2:24-cv-02031-DJC-CKD <br><br> **ORDER** |

     Before the Court is Plaintiff's Motion to be Relieved as Counsel.  (*See* ECF No. 18.)  Therein, counsel requests to be relieved as attorneys for Plaintiff Raymond Ortiz only.  (*Id*.)  Defendant does not oppose Plaintiff's motion.  (*See* ECF No. 20.)  Therefore, good cause having been shown, the Court GRANTS Plaintiff's motion.  Counsel for plaintiff shall serve a copy of this order on Mr. Ortiz, at his last known address, within five (5) days after the date of this Order and shall file a certificate of such service immediately thereafter.  Attorneys Emil Davtyan, David Arakelyan, David Keledjian, and David Harmik Yeremian shall be RELIEVED as attorneys of record for Plaintiff Raymond Ortiz, who will proceed in propria persona unless and until he obtains new counsel, after service is completed and the Court is notified as ordered.

Pursuant to the parties Stipulation, ECF No. 21, Plaintiffs shall file a Fourth Amended Complaint no later than fifteen (15) days after the date of this Order. Defendant's responsive pleading shall be filed within fourteen (14) days thereafter.

The Initial Scheduling Conference, set for February 13, 2025, is VACATED. The parties shall file an updated joint status report, containing all dates required under E.D. Cal. L.R. 240 and this Court's Initial Case Management Order, ECF No. 9, within fourteen (14) days after Defendant's responsive pleading is filed.

IT IS SO ORDERED.

Dated: February 10, 2025                    /s/ Daniel J. Calabretta
                                            THE HONORABLE DANIEL J. CALABRETTA
                                            UNITED STATES DISTRICT JUDGE