UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC DELGADO, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>OLDCASTLE INFRASTRUCTURE, INC.,<br><br>    Defendant.<br>_____<br><br>RENE SERRANO,<br><br>    Plaintiff,<br><br>    v.<br><br>OLDCASTLE INFRASTRUCTURE, INC.,<br><br>    Defendant. | No. 2:24-cv-02031-DJC-CKD<br><br><br><br><br><br><br>No. 2:24-cv-03466-DC-SCR<br><br><br>RELATED CASE ORDER |

Plaintiffs have filed a notice of related cases in both above-captioned actions. Examination of these actions reveals that they are related within the meaning of Local Rule 123(a). Here, both actions involve a common defendant and raise similar questions of fact and law. *See* Local Rule 123(a)(3). Accordingly, the assignment
////

1

of these matters to the same judge is likely to affect a substantial savings of judicial effort and is likely to be convenient for the parties.

Relating the cases under Local Rule 123 merely has the result that the actions are assigned to the same judge, and it does not consolidate the actions. Under Rule 123, related cases are generally assigned to the judge to whom the first filed action was assigned.

As a result, it is hereby ORDERED that 2:24-cv-03466 is reassigned from District Judge Dena Coggins and Magistrate Judge Sean C. Riordan to the undersigned and Magistrate Judge Carolyn K. Delaney. Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:24-cv-03466-DJC-CKD.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: **May 29, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2