Karin M. Cogbill (State Bar No. 244606)
Sean M. Bothamley (State Bar No. 300100)
Diana Han (State Bar No. 340109)
JACKSON LEWIS P.C.
160 W. Santa Clara St., Suite 400
San Jose, CA 95113
Tel: (408) 579-0404
Fax: (408) 454-0290
Email: Karin.Cogbill@jacksonlewis.com
       Sean.Bothamley@jacksonlewis.com
       Diana.Han@jacksonlewis.com

Attorneys for Defendant
OLDCASTLE INFRASTRUCTURE, INC.

[counsel continued on next page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC DELGADO, on behalf of himself and all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>OLDCASTLE INFRASTRUCTURE, INC., a Washington corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:24-cv-02031-DJC-CKD<br><br>[*Assigned for all purposes to the Hon. Daniel J. Calabretta*]<br><br>**JOINT STATUS REPORT; STIPULATION TO WITHDRAW MOTION TO DISMISS FIFTH AMENDED COMPLAINT WITHOUT PREJUDICE; ORDER**<br><br>Complaint Filed: October 26, 2023<br>FAC Filed: January 16, 2024<br>SAC Filed: June 25, 2024<br>Removal Date: July 25, 2024<br>TAC Filed: January 6, 2025<br>Fourth AC Filed: February 20, 2025<br>Fifth AC Filed: August 6, 2025 |

D.LAW, INC.
Emil Davtyan (SBN 299363)
emil@d.law
David Yeremian (SBN 226337)
d.yeremian@d.law
David Keledjian (SBN 309135)
d.keledjian@d.law
David Arakelyan (SBN 337076)
d.arakelyan@d.law
450 N. Brand Blvd. Ste. 450
Glendale, CA 91203
Telephone: (818) 962-6465
Facsimile: (818) 962-6469

Attorneys for Plaintiffs ISAAC DELGADO and MARCOS GUTIERREZ

1 | Plaintiffs ISAAC DELGADO ("DELGADO") and MARCOS GUTIERREZ ("GUTIERREZ"), and Defendant OLDCASTLE INFRASTRUCTURE, INC. ("Defendant") (collectively, the "Parties"), through their respective counsel of record, hereby inform the Court that they have reached an agreement in principle to settle the above-captioned matter, the related matter of *Rene Serrano v. Oldcastle Infrastructure, Inc.*, United States District Court for the Eastern District of CA, Case No. 2:24-cv-03466-DC-SCR, and the non-related matter of *Isaac Delgado v. Oldcastle Infrastructure, Inc.*, United States District Court for the Central District of CA, Case No. 5:24-CV-01383-SSS-SP.

The Parties are in the process of drafting settlement documents for court approval of the Class and PAGA claims covered by the Parties' tentative settlement. Accordingly, the Parties have agreed that Defendant shall withdraw, without prejudice, its pending Motion to Dismiss Plaintiffs' Fifth Amended Complaint to allow the Parties to focus on finalizing and seeking approval of their tentative settlement.

WHEREFORE, THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1. Defendant's Motion to Dismiss Plaintiffs' Fifth Amended Complaint is withdrawn without prejudice;
2. All dates and deadlines related to the Hearing on Motion to Dismiss, including the October 16, 2025, hearing date and Plaintiffs' September 10, 2025, deadline to file their Opposition, are VACATED; and
3. The Parties shall file a Joint Status Report in 60 days regarding status of the Parties' settlement.

IT IS SO STIPULATED.

Dated: September 5, 2025          D.LAW, INC.

/s/ David Arakelyan (as authorized on 9/4/25)
David Yeremian
David Keledjian
David Arakelyan
Attorneys for Plaintiffs ISAAC DELGADO and MARCOS GUTIERREZ

.

1  Dated: September 5, 2025                    JACKSON LEWIS P.C.

2                                              */s/ Karin M. Cogbill*
   Karin M. Cogbill
3  Sean M. Bothamley
   Diana Han
4  Attorneys for Defendant OLDCASTLE INFRASTRUCTURE, INC.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

The Court, having considered the Parties' stipulation, hereby ORDERS as follows:

1. Defendant's Motion to Dismiss Plaintiffs' Fifth Amended Complaint is withdrawn without prejudice;

2. All dates and deadlines related to the Hearing on Motion to Dismiss, including the October 16, 2025, hearing date and Plaintiffs' September 10, 2025, deadline to file their Opposition, are VACATED, and

3. The Parties shall file a Joint Status Report in 60 days regarding status of the Parties' settlement.

**IT IS SO ORDERED.**

Dated:  September 5, 2025              /s/ Daniel J. Calabretta
                                       THE HONORABLE DANIEL J. CALABRETTA
                                       UNITED STATES DISTRICT JUDGE