**D.LAW, INC.**
David Yeremian (SBN 226337)
d.yeremian@d.law
David Keledjian (SBN 309135)
d.keledjian@d.law
David Arakelyan (SBN 337076)
d.arakelyan@d.law
450 N. Brand Blvd. Ste. 840
Glendale, California 91203
Telephone: (818) 962-6465
Facsimile: (818) 962-6469
Attorneys for Plaintiffs ISAAC DELGADO and MARCOS GUITERREZ

*Additional counsel listed on next page:*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC DELGADO, on behalf of himself and all others similarly situated, and the general public,<br><br>    *Plaintiff,*<br><br>    v.<br><br>OLDCASTLE INFRASTRUCTURE, INC., a Washington corporation; and DOES 1 through 50, inclusive,<br><br>    *Defendants*. | Case No.: 2:24-cv-02031-DJC-CKD<br><br>[*Assigned for all purposes to the Hon. Daniel J. Calabretta*]<br><br>**JOINT STIPULATION TO REMAND; ORDER** |

JOINT STIPULATION AND ORDER

Karin M. Cogbill (State Bar Number 244606)
Sean M. Bothamley (State Bar No. 300100)
Diana Han (State Bar No. 340109)
JACKSON LEWIS P.C.
160 W. Santa Clara, Suite 400
San Jose, California 95113
Telephone: (408) 579-0404
Facsimile: (408) 454-0290
Email: Karin.Cogbill@jacksonlewis.com
        Sean.Bothamley@jacksonlewis.com
        Diana.Han@jacksonlewis.com

Attorneys for Defendant OLDCASTLE INFRASTRUCTURE, INC.

JOINT STIPULATION AND ORDER

Plaintiffs ISAAC DELGADO and MARCOS GUTIERREZ ("Plaintiffs"), and Defendant OLDCASTLE INFRASTRUCTURE, INC. ("Defendant") (collectively Plaintiffs and Defendant are referred to as the "Parties"), hereby agree and stipulate as follows:

WHEREAS, on October 26, 2023, Plaintiff Delgado filed a class action complaint in San Joaquin County Superior Court, Case No. STK-CV-UOE-2023-11312 ("Action");

WHEREAS, pursuant to the Parties' joint stipulation, Plaintiff filed his First Amended Complaint ("FAC") in Case No. STK-CV-UOE-2023-11312 on January 16, 2024, adding a single cause of action for Civil Penalties under the Private Attorneys General Act ("PAGA");

WHEREAS, on June 26, 2024, also pursuant to a joint stipulation of the Parties, Plaintiff filed a Second Amended Complaint ("SAC") in Case No. STK-CV-UOE-2023-11312, adding a new Plaintiff, RAYMOND ORTIZ, to this matter;

WHEREAS, on July 25, 2024, Defendant removed the Action to this Court;

WHEREAS, on January 6, 2025, Plaintiffs filed a Third Amended Complaint ("TAC") in federal court, adding a third Plaintiff, MARCOS GUTIERREZ, pursuant to the joint stipulation of the Parties;

WHEREAS, Plaintiffs' Counsel filed a Motion to Withdraw as Attorneys for Plaintiff Ortiz, which this Court signed on February 10, 2025. Pursuant to the Court's Order, Plaintiffs filed the Fourth Amended Complaint on February 20, 2025.

WHEREAS, after the Court granted Defendant's Motion to Dismiss the Fourth Amended Complaint on July 15, 2025, Plaintiffs Delgado and Gutierrez filed a Fifth Amended Complaint on August 6, 2025, adding factual allegations and making other changes, as requested by the Court. The Fifth Amended Complaint remains the operative complaint in this matter.

WHEREAS, on September 2, 2025, the Parties agreed to settle this class and representative action, on principle, based on terms memorialized in a fully accepted mediator's proposal;

3

JOINT STIPULATION AND ORDER

WHEREAS, on December 2, 2025, the Parties fully executed a Memorandum of Understanding ("MOU"), containing the main terms of the proposed settlement;

WHEREAS, as part of the Settlement, the Parties agreed to remand this Action to the San Joaquin County Superior Court, Case No. STK-CV-UOE-2023-11312, for settlement approval purposes;

WHEREAS, the Parties further agreed that each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of this Action;

THEREFORE, THE PARTIES STIPULATE AND AGREE THAT:

1. The Action pending in this Court (Case No. 2:24-cv-02031-DJC-CKD) should be remanded to San Joaquin County Superior Court (Case No. STK-CV-UOE-2023-11312) for settlement approval purposes.

**IT IS SO STIPULATED.**

Dated:  January 23, 2026                 D.LAW, INC.


By */s/David Arakelyan*_____
David Yeremian
David Keledjian
David Arakelyan
Attorneys for Plaintiffs
ISAAC DELGADO and MARCO GUITERREZ

Dated:  January 23, 2026                 JACKSON LEWIS P.C.


By */s/ Sean Bothamley*_____
Karin Cogbill
Sean Bothamley
Diana Han
Attorneys for Defendant
OLDCASTLE INFRASTRUCTURE, INC.

JOINT STIPULATION AND ORDER

## <u>ORDER</u>

Based on the Parties' Joint Stipulation to Remand the Action, the Court hereby adopts the terms of the Parties' Joint Stipulation. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1.  The Parties' Joint Stipulation to Remand is approved;

2.  The current Action pending in this Court (Case Number 2:24-cv-02031-DJC-CKD) is hereby remanded to San Joaquin County Superior Court (Case Number STK-CV-UOE-2023-11312);

3.  The Clerk of Court shall serve a copy of this order on San Joaquin County Superior Court.

IT IS SO ORDERED.

Dated:  January 23, 2026                    /s/ Daniel J. Calabretta
                                            THE HONORABLE DANIEL J. CALABRETTA
                                            UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND ORDER